# EXHIBIT

# A



**Planet Home Lending**
WE'LL GET YOU HOME

January 24, 2024

Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589



K7176-L01-0198685 T00574 P010 *********ALL FOR AADC 085
FRANK CANEPA

**RE:   NOTICE OF DATA BREACH**

Dear Frank Canepa:

Planet Home Lending, LLC ("Planet") is writing to notify you of a recent incident that may affect the privacy of some of your personal information. Planet takes the protection of your information very seriously. Although we have no specific evidence of identity theft or fraud related to your information as a result of this incident, this letter provides information about the incident, our response, and steps you may wish to take to protect against misuse of your information.

**What Happened?** Planet was one of many companies around the world whose information security systems were compromised by the threat actor LockBit in connection with one of its recent global ransomware campaigns. The root cause of the incident was a vulnerability (which has been termed "CitrixBleed") existing in a software program that Planet purchased from Citrix Systems, Inc., a worldwide leader in technology solutions. While Planet had implemented multiple layers of security tools designed to prevent this type of unauthorized access, the threat actor was able to exploit this Citrix Bleed vulnerability to bypass these protections.

The attack occurred on November 15, 2023, and Planet became aware of it that same day. Upon discovery, we took immediate action to contain the compromise and eradicate the threat. We also retained an experienced outside forensics firm to conduct a thorough investigation into the cause and impact of the breach, to confirm the attack had been contained and no additional unauthorized access had occurred, and to determine whether and to what extent any customer data may have been affected. On November 28, 2023, Planet was able to determine with reasonable certainty that the threat actor accessed a read-only data folder in which copies of loan files containing personally identifiable information of some of its customers were stored. Once we were able to make the determination that the data folder had been compromised, we worked diligently to thoroughly analyze the large volume of impacted data in order to determine the specific data elements and parties impacted. This notice has not been delayed as a result of a law enforcement investigation.

**What Information Was Involved?** The investigation determined that certain of your personal information was present in the loan files that were compromised by the threat actor, including the following data elements: name, address, Social Security number, loan number, and financial account number.